# NO. 12-08-00248-CV
# NO. 12-08-00249-CV
# NO. 12-08-00250-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: JAN WORSHAM,* | | |
| *CONTEMNOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

On June 9, 2008, this Court initiated contempt proceedings against Jan Worsham pertaining to three appellate cause numbers, 12-07-00363-CR, 12-07-00364-CR, and 12-07-00365-CR, styled ***Ruben Muniz v. State of Texas***. On June 30, 2008, the Court held a hearing, at which Worsham appeared. Having concluded that no further action is necessary, we ***dismiss*** these original proceedings.

Opinion delivered August 29, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)